Cameron D. Bordner (CSB No. 236312)
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200
Fax: (775) 786-1177
*cbordner@fennemorelaw.com*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MATHER, an individual, TGMA, Inc., a California Corporation doing business as A-FRAME RISING,<br><br>        Plaintiffs,<br><br>v.<br><br>KYLE OSBURN, an individual, SUZANNE OSBURN, an individual, OSBURN SOLUTIONS, LLC, a foreign Limited Company, NAUMEC & OSBURN INVESTMENTS, LLC, a foreign limited liability company; SEVENTH DAY DESIGN, LLC, a foreign limited liability company; OSBURN PROPERTIES, LLC, a foreign limited liability company; TRUMBLE INVESTMENTS, LLC, a foreign limited liability company, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.: 2:25-cv-01532-WBS-CKD<br><br>**ORDER ON EX PARTE APPLICATION FOR CONTINUANCE**<br><br>  Date:  October 6, 2025<br>  Time:  1:30 PM |

The Court, upon review of the Ex Parte Application and supporting evidence on file herein, and having been fully advised thereon by counsel at the hearing on the Ex Parte Application, and for good cause shown, hereby rules as follows:

**IT IS HEREBY ORDERED** as follows:

1

1  The Ex Parte Application is **GRANTED. The Scheduling Conference is reset for**
2  **December 15, 2025 at 1:30 p.m**.  A Joint Status Report shall be filed no later than **December 1,**
3  **2025** if the stipulated dismissal has not been received by the Court by that date.

4  **IT IS SO ORDERED.**

6  Dated:  October 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2